ORIGINAL

FILED
SEP 0 7 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1 DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
2 P O BOX 50013
SAN JOSE, CA 95150-0013
3
Telephone: (408) 354-4413
4 Facsimile: (408) 354-5513

5 Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| QUANG VAN HUYNH | Case No. 10-55705 SLJ |
| BICHCHI THI PHAM | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2497135 for an unclaimed dividend in the amount of $500.00. The name and address of the claimant entitled to the unclaimed dividend is as follows;

> QUANG VAN HUYNH
> BICHCHI THI PHAM
> P O BOX 361065
> MILPITAS, CA 95036

Dated: September 02, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE